### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### BOWLING GREEN DIVISION

**DEBRA CAGE**

     **PLAINTIFF**

v.

**FIRST RESOLUTION INVESTMENT CORP., et al.**

     **DEFENDANTS**

Civil Action No. 1:17CV-00053-GNS

JUDGE GREG N. STIVERS

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 10), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **180 days** of the date of entry of this Order.   The parties have requested an unusually long amount of time within which to finalize their settlement, which the Court finds reasonable under the circumstances.   The parties shall provide a joint report on their progress within **90 days** of the date of entry of this Order.

**Greg N. Stivers, Judge**
**United States District Court**

August 18, 2017

Copies to: Counsel of record